United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 19, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60782
_____

KELLI SMALLWOOD

Plaintiff-Appellant

versus

ILLINOIS CENTRAL RAILROAD COMPANY; MISSISSIPPI DEPARTMENT OF
TRANSPORTATION

Defendants-Appellees

- - - - -
Appeal from the United States District Court for the
Southern District of Mississippi
- - - - -

ON PETITIONS FOR REHEARING EN BANC

(Opinion August 7, 2003, 5 Cir., 2003, _____F.3d____)

BEFORE:  KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
         SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
         BENAVIDES, STEWART, DENNIS, CLEMENT and PRADO, Circuit
         Judges.

BY THE COURT:

        A member of the Court in active service having requested

a poll on the petition for rehearing en banc and a majority of

the judges in active service having voted in favor of granting a

rehearing en banc,

        IT IS ORDERED that this cause shall be reheard by the

court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of

supplemental briefs.